**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**JACQUELLINE COOLEY HALL** **24 – 01127 – JAW**

**CERTIFICATE OF SERVICE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the *Agreed Order* [DK #32] in regards to the Trustee's Motion to Dismiss and the Debtor's Response entered in the above styled and numbered case to the U. S. Trustee, the Debtor, Debtor's Attorneys by United States Mail, postage prepaid, or by ECF Filing Notification, and to FirstBank and their attorney if known, by United States Mail, postage prepaid and that a copy of the subject Agreed Order has been served to the parties pursuant to Fed. R. Bankr. P. 2002(a)(9) and (b)(3). That, said Agreed Order shall not become final for a period of 21 days from the date of entry of same giving all creditors opportunity to object to same.

Dated: October ____8____, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM