**SO ORDERED,**

Jamie A. Wilson

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**JACQUELINE COOLEY HALL** **24 – 01127 – JAW**

## AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #27] and the Debtor's Response [DK #28]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor shall remit $1,905.00 to the Trustee on or before October 20, 2026 or this case may be dismissed without further notice or hearing.

THAT, if paid, the post-petition mortgage payment arrears through October, 2026 shall be paid on an altered basis over the remaining plan period, with regular maintenance payments to commence with the November 1, 2026 payment.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditor(s) opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known, and file a certificate of service with the Court.

THAT, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

##END OF ORDER##

AGREED:

/s/Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

**EXHIBIT - CERTIFICATE OF SERVICE - PARTIES NOTICED**
**JACQUELINE COOLEY HALL - CHAPTER 13 NO. 24 - 01127 - JAW**

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Jacqueline Cooley Hall
1068 W David Britt St.
Wesson, MS 39191

FirstBank
520 W Summit Hill Drive
Suite 801
Knoxville, TN 37902