United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-01127-JAW
Jacqueline Cooley Hall Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: ntcdsm Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Cooley Hall, 1068 W David Britt St, Wesson, MS 39191-7726 |
| 5372874 | + | MS Sports Medicine, 1325 E Fortification, Jackson, MS 39202-2499 |
| 5372875 | + | Rawlings & MacInnis, P.O. Box 1789, Madison, MS 39130-1789 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 31 2026 02:07:00 | Ally Servicing LLC as servicer on behalf of Citrus, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: mhbkr@firstbankonline.com | Oct 30 2026 22:13:00 | FirstBank, 520 Summit Hill Drive, Suite 801, Knoxville, TN 37902-2006 |
| 5372869 | + | EDI: GMACFS.COM | Oct 31 2026 02:07:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5378740 | + | EDI: AISACG.COM | Oct 31 2026 02:07:00 | Ally Servicing LLC as servicer on behalf of Citrus, Tree Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5372870 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2026 22:22:13 | Capital Bank N.A., 2275 Research Blvd, Ste 600, Rockville, MD 20850-6238 |
| 5385842 | + | EDI: AIS.COM | Oct 31 2026 02:10:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5372871 | + | EDI: CAPITALONE.COM | Oct 31 2026 02:07:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5372872 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 30 2026 22:12:00 | Credit Acceptance Corporation, Attn: Bankruptcy, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 5372873 | + | Email/Text: tbrasher@firstbankonline.com | Oct 30 2026 22:13:00 | FirstBank, Attn: Bankruptcy, 211 Commerce St, Nashville, TN 37201-1806 |
| 5374119 | + | Email/Text: mhbkr@firstbankonline.com | Oct 30 2026 22:13:00 | FirstBank, 520 W Summit Hill Dr Suite 801, Knoxville, TN 37902-2006 |
| 5374023 | + | Email/Text: bankruptcy.account@revcosolutions.com | Oct 30 2026 22:13:00 | MISSISSIPPI SPORTS MEDICINE AND ORTHOP, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 5372877 | + | Email/Text: bankruptcy.account@revcosolutions.com | Oct 30 2026 22:13:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5372876 | ## | Silas Hall, 1047 West St, Wesson, MS 39191-7714 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jacqueline Cooley Hall trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 24−01127−JAW
Chapter: 13

In re:
Jacqueline Cooley Hall
aka Jacklyn Hall, fka Jacklyn A Hunley
1068 W David Britt St
Wesson, MS 39191

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−3815

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on October 30, 2026.

Dated: 10/30/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600